UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TOTAL QUALITY LOGISTICS, LLC, | : | Case No. 1:23-CV-00454-JPH |
| Plaintiff, | : | Judge Jeffery P. Hopkins |
| v. | : | |
| JACK KIMBALL, et al., | : | **STIPULATED ORDER OF REMAND** |
| Defendants. | : | |

This matter is before the Court following Plaintiff's filing of their "Stipulation Regarding Amount in Controversy" on July 25, 2023 (ECF No. 4), which Plaintiff filed after Defendants removed this case from the Common Pleas Court for Clermont County, Ohio. Following Plaintiff's filing of the Stipulation Regarding Amount in Controversy, the Court understands that Plaintiff and Defendants since have agreed that this Court lacks subject matter jurisdiction over this case, and that this case should be remanded back to the Common Pleas Court for Clermont County, Ohio. The Court agrees that it lacks subject matter jurisdiction over this case, based on Plaintiff's Stipulation Regarding Amount in Controversy, and hereby accepts the Parties' stipulation regarding remand. The parties further agree that the Defendants shall have thirty (30) days from the date of this Order to answer, plead or otherwise move in response to Plaintiff's Complaint, except that if Plaintiff amends its Complaint and/or seeks injunctive relief then Ohio's Civil Rules shall govern Defendants' response deadlines for any filings beyond Plaintiff's Complaint.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. The Court hereby remands this case back to the Common Pleas Court for Clermont County, Ohio for all further proceedings.

2. The Parties shall bear their own costs and fees associated with removal, subject to any further order from the Common Pleas Court for Clermont County, Ohio as it relates to costs and fees in the case.

3. The District Court Clerk is directed to enter this Order, provide copies to counsel, mail a certified copy of this Order to the Clerk of the Common Pleas Court for Clermont County, Ohio, and close this file.

Dated: August 8, 2023

Judge Jeffery P. Hopkins

HAVE SEEN AND AGREED:

/s/ John R. Wirthlin
John R. Wirthlin (0031526)
Counsel for Defendants

and

/s/ Matthew J. Bakota
Matthew J. Bakota (0079830)
Counsel for Plaintiff